# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GREATER BAY FLOORING, INC.,<br><br>  Defendant. | Case No. 21-cv-02976-PJH<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 14 |

The court is in receipt of plaintiffs' request to continue their August 19, 2021 case management conference (CMC) in this action. Dkt. 14. The court hereby **CONTINUES** that conference to the court's Thursday, December 16, 2021 CMC calendar.

**IT IS SO ORDERED.**

Dated: August 4, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge