UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREATER BAY FLOORING, INC.,<br><br>Defendant. | Case No. 21-cv-02976-PJH<br><br>**JUDGMENT** |

The issues having been duly heard and the court having granted plaintiffs' motion for default judgment,

it is Ordered and Adjudged

that judgment is hereby entered in favor of plaintiffs and against defendant. The court hereby ORDERS defendant to submit to the audit requested by plaintiffs for the time period of October 1, 2017 to the present and to provide the necessary records to complete the audit commencing 30 days from the date of this judgment. The court further ORDERS judgment for plaintiffs in the following amounts:

$5,368.00 for attorneys' fees incurred from December 11, 2020 to December 31, 2021; and

$1,135.39 for costs incurred from May 29, 2019 to August 31, 2021.

The court will retain jurisdiction of the matter until final satisfaction of this judgment in its entirety including any litigation needed to amend the judgment after completion of the audit.

**IT IS SO ORDERED.**

Dated: March 8, 2022

                                        */s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge